# Unclaimed Funds

Entered 1/1/2001 to 1/8/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 11-43682 -msh 18742271 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 27410 | 1,429.82 | 01/08/2014 |

**Grand Total: 1,429.82**